IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03412-WYD-BNB

COLETTE DREWITT,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  January 24, 2014.

                          BY THE COURT:

                          /s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE